IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED
JAN -8 2013
ROBERT D. DENNIS, CLERK
U.S DIST COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| JULIE LAFFERRANDRE, as Guardian of EVELYN ROSE CUTBIRTH,<br><br>    Plaintiff,<br><br>vs.<br><br>BANKERS LIFE AND CASUALTY COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. CIV-11-1094-W<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

As required by Rule 5.1, F.R.Civ.P., and title 28, section 2403(b) of the United States Code, defendant Bankers Life and Casualty Company ("Bankers Life") has given notice to the Attorney General of the State of Oklahoma that Bankers Life is challenging the constitutionality of title 23, section 9.1 of the Oklahoma Statutes. See Doc. 73. The Court hereby CERTIFIES to the Attorney General of the State of Oklahoma that the constitutionality of section 9.1 has been questioned in this case, e.g., Rule 5.1(b), supra; e.g., 28 U.S.C. § 2403(b), and DIRECTS the Clerk of the Court to electronically transmit a copy of this Order to the Attorney General of the State of Oklahoma so that he may take whatever action he deems necessary.

ENTERED 8th day of January, 2013.

/s/ LEE R. WEST
LEE R. WEST
UNITED STATES DISTRICT JUDGE